IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 09 CR 240
)
JUAN MARTIN REYES MEDINA, )
)
Defendant. )

## MEMORANDUM ORDER

This Court has received the attached letter from Juan Martin Reyes Medina ("Reyes"), in which he seeks to obtain his release pending trial. Reyes has accompanied that letter with a request that "the parties involved in this case" be served, stating that he lacks the resources at the Chicago Metropolitan Correctional Center, where he is in custody.

Because Reyes' letter would violate the prohibition against ex parte communications if such service were not provided, this Court has caused copies to be provided to Reyes' counsel and to the Assistant United States Attorney assigned to the case. Because he has a lawyer to represent him, Reyes cannot proceed with this or any other aspect of his case on his own. Accordingly this Court must await the submission of a properly presented request from his counsel before it can or will act on the matter.

                                                             Milton I. Shadur
                                                            Senior United States District Judge

Date: November 16, 2009

Re: When everything changed

Case No. 09 CR - 240

Honorable Judge Shadur,

   It is my first time to address the court in direct communication. I must let you know that it is a hard task to do, especially when I am represented by an attorney.

   I hope this direct communication does not alter the factors and reasons for writing to the court. And if I am acting beyond the limit, I am asking your Honor to forgive me. I don't know the rules of the court, but I am writing the court out of necessity. I need to be granted bail. I definitely need to get my financial affairs in order, as well as get my family situated. I need to help out with my children. My family is everything that I have.

   I assure you, your Honor, that if you find it within your heart to grant me bond, I assure you I will do the right thing. I understand I am indicted by the grand jury with sufficient evidence to establish probable cause for the court to invoke the flight risk, and probably danger to the community, by the nature of the offense. Honorable Judge Shadur, I know the law for bond has changed dramatically. But I remember a while back when you were able to bond yourself out on your own recognizance, your own signature. I know that is not the case today. but I am from the old days, your Honor. I still believe in your signature **being** your bond. Your word meant something. I am giving you my word, your Honor.

   In asking for bond, your Honor, I am not asking to leave the Chicago area. I do not need to go around the country. I just need to be where my family, and my business are. I am willing to surrender my passport to the court. And I will accept electronic monitoring, with daily reporting to the probation office. I assure you that I will do the right thing. Your Honor, I am looking forward to defending myself completely and totally against these unwarranted allegations that have been brought against me.

   You will get a chance to meet my family in court. And when you do, you will get the opportunity to know what they know. That is the fact that if I flee, they will lose everything they own. **Think about that**, your Honor. I can guarantee you that my family is comfortable with the arrangement. My family knows me, and they know that I will do the right thing. They are not worried at all, your Honor. I just want you to know that my charming and outgoing and huge personality got me in trouble. This is something I will never do again in my lifetime. Please, your Honor, grant me bond that I so desperately need. Thank you.

                             Respectfully submitted,

                             Juan Martin Reyes Medina